UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Case No. 23-cr-20323

HON. MATTHEW F. LEITMAN

D-1 MICHAEL STOUT,

Defendant.

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, MICHAEL STOUT, Defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count 1:**

**Bribery Concerning Programs Receiving Federal Funds
18 U.S.C. § 666(a)(1)(B)**

Ten years imprisonment and a $250,000 fine.

_____
MICHAEL STOUT
Defendant

1

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

MOHAMMED A. NASSER
Counsel for Defendant

Dated: June 20, 2023